**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christine Marie Primeau<br>　　　　Gary V. Primeau<br>　　　　　　　　　　Debtor(s) | BK NO. 20-03544 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322