**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: GARY V. PRIMEAU and :
CHRISTINE MARIE PRIMEAU : No. 120-3544
Debtors :

CERTIFICATE OF SERVICE

I, Erik M. Helbing, Esquire, counsel for the Debtors hereby certifies that on January 29, 2021, I served upon the following persons a true and correct copy of the Debtors' Amended Voluntary Petition by the following methods:

VIA Notice of Electronic Filing:

United States Trustee          Charles Dehart, Chapter 13 Trustee     Erik M. Helbing, Esq.

VIA First Class Mail:

| Creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Geisinger Medical & Hospital | 100 North Academy Avenue | | Danville | PA | 17822 |
| Mr. Cooper | 8950 Cypress Waters Blvd. | | Coppell | TX | 75019 |
| Synchrony Bank | c/o PRA Receivables Managements, LLC | P.O. Box 41021 | Norfolk | VA | 23541 |
| Berwick Borough | 1615 Lincoln Avenue | | Berwick | PA | 18603 |
| Capital One Auto Finance | P.O. Box 4360 | | Houston | TX | 77210 |
| Geisinger Clinic | c/o H & R Accounts | P.O. Box 672 | Moline | IL | 61266 |
| H & R Accounts | 5320 22nd Avenue | | Moline | IL | 61265 |
| PRA Receivables Management, LLC | P.O. Box 41021 | | Norfolk | VA | 23541 |
| Capital One Auto Finance | P.O. Box 60511 | | City of Industry | CA | 91716 |
| Capital One Auto Finance | 4515 North Santa Fe Avenue | Dept. APS | Oklahoma City | OK | 73118 |

| Geisinger Medical Center | c/o H & R Accounts | P.O. Box 672 | Moline | IL | 61266 |
|---|---|---|---|---|---|
| Pennsylvania Department of Revenue | Bankruptcy Division | P.O. Box 280946 | Harrisburg | PA | 17128 |
| Rebecca Ann Solarz | KML Law Group, P.C. | 701 Market Street, Suite 5000 | Philadelphia | PA | 19106 |

Respectfully Submitted,

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. 203832
1328 Second Avenue
Berwick, PA 18603
570-498-5544