IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| GARY V. PRIMEAU and | ) | |
| CHRISTINE MARIE PRIMEAU, | ) | |
|     Debtors | ) | CASE NO.: 5:20-bk-03544-MJC |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, A | ) | |
| DIVISION OF CAPITAL ONE, N.A., | ) | **Nature of Proceeding:** |
|     Movant | ) | Motion for Relief from |
| vs. | ) | Automatic Stay |
| | ) | |
| GARY V. PRIMEAU and | ) | |
| CHRISTINE MARIE PRIMEAU, | ) | |
|     Respondents | ) | |
|     and | ) | |
| JACK N. ZAHAROPOULOS, | ) | |
|     Trustee | ) | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

____ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    _X_ Thirty (30) days.
    ____ Forty-five (45) days.
    ____ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 15, 2021                 /s/ Jason Brett Schwartz
                                                  Jason Brett Schwartz, Esquire
                                                  Attorney for Capital One Auto Finance,
                                                  a division of Capital One, N.A.