# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Gary V. Primeau & | : | Chapter 13 |
| Christine Marie Primeau | : | |
| Debtor | : | No. 20-3544 |

## PRAECIPE TO WITHDRAW MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

TO THE CLERK:

      I ask that you please withdraw the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation (Docket No. 48).

Respectfully Submitted,

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. No. 203832