UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  Gary V. Primeau &  :  Chapter 13
Christine Marie Primeau   :
    Debtor  :  No. 19-4671

## PRAECIPE TO WITHDRAW MOTION TO MODIFY PLAN POST-CONFIRMATION (DOCKET NO. 51)

TO THE CLERK:

    I ask that you please withdraw the Debtor's Motion to Modify Plan Post-Confirmation (Docket No. 51) as an updated Motion to Modify Plan Post-Confirmation is required due to another Stipulation (Docket No. 52), which awaiting approval.

Respectfully,

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. No. 203832
109 West Broad Street
Tamaqua, PA  18252
570-668-1241