**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  Gary V. Primeau &                          :          Chapter 13
Christine Marie Primeau                            :
                    Debtor                         :          No. 20-3544

## <u>ORDER</u>

AND NOW, comes this _____ day of _____, 2022, upon consideration of Debtors'
Motion to Modify Plan Post-Confirmation and after a hearing thereof, if necessary, it is hereby ORDERED,
ADJUDGED, and DECREED that:

The Debtor's Plan is shall be and hereby is amended in accordance with Exhibit "A" attached to the said
Motion.

BY THE COURT

_____,J.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy