# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GARY V. PRIMEAU  
           CHRISTINE MARIE PRIMEAU        CHAPTER 13

           Debtor(s)

JACK N. ZAHAROPOULOS  
CHAPTER 13 TRUSTEE  
           Movant  
                                                 CASE NO:   5-20-03544-MJC

GARY V. PRIMEAU  
CHRISTINE MARIE PRIMEAU

           Respondent(s)

## CERTIFICATION OF DEFAULT

     AND NOW on October 20, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

     As of October 20, 2022, the Debtor(s) is/are $4,409.00 in arrears with a plan payment having last been made on Apr 04, 2022.

     In accordance with said stipulation, the case may be dismissed.

                                             Respectfully Submitted,  
                                             /s/ Agatha R. McHale, Esquire  
                                             for Jack N. Zaharopoulos, Trustee  
                                             8125 Adams Drive, Suite A  
                                             Hummelstown, PA 17036  
                                             Phone: (717) 566-6097

Dated: October 20, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY V. PRIMEAU
CHRISTINE MARIE PRIMEAU  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-03544-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 20, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| ERIK MARK HELBING<br>1328 SECOND AVENUE<br>BERWICK, PA 18603- | SERVED ELECTRONICALLY |
| GARY V. PRIMEAU<br>CHRISTINE MARIE PRIMEAU<br>1109 2ND AVE<br>BERWICK, PA 18603 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 20, 2022

/s/ Matt Arcuri
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com