# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Marie Primeau | BK. NO. 20-03544 MJC |
|       Gary V. Primeau | |
|               Debtors | CHAPTER 13 |
| | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | 11 U.S.C. Section 362 |
|               Moving Party | |
|     vs. | |
| | |
| Christine Marie Primeau | |
| Gary V. Primeau | |
|               Debtors | |
| | |
| and Jack N. Zaharopoulos | |
|               Trustee | |

## CERTIFICATION OF DEFAULT

I, Denise Carlon, Esquire, attorney for Moving Party, certify that Debtors have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated December 13, 2022 was served upon the Debtors and Debtors' Attorney on said date. Subsequent to said notice, the Debtors have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorneys for Movant/Applicant

March 29, 2023