IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GARY V. PRIMEAU

                  Debtor 1

CHRISTINE MARIE PRIMEAU

                  Debtor 2

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

   vs.              Movant(s)

GARY V. PRIMEAU
CHRISTINE MARIE PRIMEAU
                  Respondent(s)

Chapter: 13

Case No.: 5:20-bk-03544-MJC

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 61, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtors be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 29, 2023