United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gary V. Primeau  
Christine Marie Primeau  
    Debtors

Case No. 20-03544-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 29, 2023     Form ID: pdf010     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary V. Primeau, Christine Marie Primeau, 1109 2nd Ave, Berwick, PA 18603-1703 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5379748 | + | Berwick Borough, 1615 Lincoln AVE, Berwick, PA 18603-1430 |
| 5379750 | + | Geisinger Medical and Hospital, 100 North Academy Avenue, Danville, PA 17822-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2023 18:41:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 18:41:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5379749 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 29 2023 18:41:20 | Capital One Auto Finance, PO box 60511, City of Industry, CA 91716-0511 |
| 5380539 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2023 18:41:14 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5385835 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2023 18:41:14 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5382516 | + | Email/Text: bankruptcy@avadynehealth.com | Mar 29 2023 18:35:00 | GEISINGER CLINIC, C/O H AND R ACCOUNTS, PO BOX 672, MOLINE, IL 61266-0672 |
| 5382515 | + | Email/Text: bankruptcy@avadynehealth.com | Mar 29 2023 18:35:00 | GEISINGER MEDICAL CENTER, C/O H AND R ACCOUNTS, PO BOX 672, PO BOX 672, MOLINE, IL 61266-0672 |
| 5379751 | | Email/Text: bankruptcy@avadynehealth.com | Mar 29 2023 18:35:00 | H&R accounts, 5320 22nd Avenue, Moline, IL 61266 |
| 5379752 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 18:35:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5389264 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 18:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5380029 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 18:41:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

**Name**          **Email Address**

Brian C Nicholas

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com
bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
bkgroup@kmllawgroup.com

Erik Mark Helbing

on behalf of Debtor 2 Christine Marie Primeau ehelbing@helbingconsumerlaw.com
bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com

Erik Mark Helbing

on behalf of Debtor 1 Gary V. Primeau ehelbing@helbingconsumerlaw.com
bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Michael Patrick Farrington

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| GARY V. PRIMEAU | Chapter: 13 |
| Debtor 1 | Case No.: 5:20-bk-03544-MJC |
| CHRISTINE MARIE PRIMEAU | |
| Debtor 2 | |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | |
| vs.       Movant(s) | |
| GARY V. PRIMEAU CHRISTINE MARIE PRIMEAU | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 61, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtors be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 29, 2023