Debtor 1  Gary V. Primeau

Debtor 2  Christine Marie Primeau

Debtor 2

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number  20-03544 MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 5202

**Date of payment change:**
Must be at least 21 days after date of this notice   01/01/2023

**New total payment:**   $651.08
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $260.58      New escrow payment: $262.88

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Official Form 410S1         Notice of Mortgage Payment Change         page 1

| Debtor(s) | Gary V. Primeau, Christine Marie Primeau | | Case number (*if known*) 20-03544 MJC |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michael P. Farrington         Date December 07, 2022
  Signature

| | | | |
|---|---|---|---|
| Print: | Michael P. Farrington | _ | Title Attorney for Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | KML Law Group, P.C. | | |
| Address | 701  Market Street, Suite 5000 | | |
| | Number  Street | | |
| | Philadelphia, | PA  19106 | |
| | City | State  ZIP Code | |
| Contact phone | (215) 627–1322 | Email mfarrington@kmllawgroup.com | |