IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Marie Primeau<br>Gary V. Primeau<br>　　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>Christine Marie Primeau<br>Gary V. Primeau<br>　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　Trustee | BK NO. 20-03544 MJC<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 8, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Christine Marie Primeau
1109 2nd Avenue
Berwick, PA 18603

Gary V. Primeau
1109 2nd Avenue
Berwick, PA 18603

Attorney for Debtor(s)
Erik Mark Helbing, The Law Office of Erik M. Helbing
1328 Second Avenue
Berwick, PA 18603

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: December 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com